## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**GARY LEON WEBSTER**                              **PLAINTIFF**
**ADC #114018**

**v.**                    **No. 2:24-cv-123-DPM**

**DOES, Sergeant; Corporal 1–2**             **DEFENDANTS**

### ORDER

1. Webster is a three-striker. Before filing this lawsuit, he had at least three cases dismissed for failing to state a claim. *E.g.*, *Doc. 9* in *Webster v. Does*, Case No. 3:19-cv-59-DPM; *Doc. 9* in *Webster v. Pigg*, Case No. 3:19-cv-60-DPM; *Doc. 9* in *Webster v. Days Inn Motels, Inc.*, Case No. 3:19-cv-78-DPM. Nothing in Webster's new complaint, *Doc. 2*, suggests he's currently in imminent danger of serious physical injury. 28 U.S.C. § 1915(g). His complaint will therefore be dismissed without prejudice.

2. If Webster wants to pursue this case, then he must pay $405 (the filing and administrative fees) and file a motion to reopen the case by 16 August 2024. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

19 July 2024