IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**GARY LEON WEBSTER**
ADC #114018                                                                           PLAINTIFF

v.                                    No. 2:24-cv-123-DPM

**DOES, Sergeant; Corporal 1–2**                                          DEFENDANTS

## JUDGMENT

Webster's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

19 July 2024